ACCEPTED
12-14-00323-CV
TWELFTH COURT OF APPEALS
TYLER, TEXAS
4/8/2015 2:49:55 PM
CATHY LUSK
CLERK

# No. 12-14-00323-CV

## In the Twelfth Court of Appeals
## Tyler, Texas

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS

4/8/2015 2:49:55 PM

CATHY S. LUSK
Clerk

**DAVID TUBB AND SUPERIOR SHOOTING SYSTEM, INC.**
*Appellants*

**v.**

**ASPECT INTERNATIONA, INC. AND JAMES STERLING**
*Appellees*

---

*Appealed from the 7th Judicial District Court*
*Smith County, Texas*

---

## UNOPPOSED SECOND MOTION TO EXTEND TIME TO FILE APPELLANTS' BRIEF

---

Wesley Hill
Texas Bar No. 24032294
Ward & Smith Law Firm
P. O. Box 1231
Longview, Texas 75606
Telephone:  903-757-6400
Facsimile:   903-757-2323
wh@wsfirm.com

Greg Smith
Texas Bar No. 18600600
RAMEY & FLOCK, P.C.
100 E. Ferguson, Suite 500
Tyler, Texas 75702
Telephone:  903-597-3301
Facsimile:   903-597-2413
gsmith@rameyflock.com

**ATTORNEYS FOR APPELLANTS**

**TO THE HONORABLE COURT OF APPEALS:**

Appellants, David Tubb and Superior Shooting System, Inc., ask the Court to extend the time for filing their appellants' brief by 30 days to and including Friday, May 8, 2015.

**1.**
**Information Required by Rule 10.5,**
**Tex. R. App. P.**

The following information supports this request.

(i)     Appellants' brief is currently due to be filed April 8, 2015.

(ii)     Appellants request that the deadline for filing their brief be extended by 30 days to and including Friday, May 8, 2015.

(iii)     This is Appellants' second request to extend the briefing deadline.

**2.**
**Facts Explaining the Need to**
**Extend the Briefing Deadline**

Counsel is unable to complete the appellants' brief and secure the necessary client review and approval by the current deadline. Besides work on this brief, Greg Smith, lead counsel on appeal, has been and will be required to divide his available briefing time among the following matters:

(i)     No. 13-0986, *Southwestern Energy Production Company vs. Toby Berry-Helfand and Gery Muncey*, In the Supreme Court of Texas (*reply brief on merits*);

(ii) No. 12-14-00288-CV, *J. Mark Swinnea v. ERI Consulting Engineers, Inc. and Larry Snodgrass*, In the Twelfth Court of Appeals, Tyler, Texas *(appellant's brief)*.

**3.**

This motion is not sought solely for delay, but in the interest of justice and to ensure that Appellants' brief sufficiently aids the Court's decisional process.

**4.**
**Conference with Opposing Counsel**

Keith Dollahite, counsel for Appellees, states that the relief requested in this motion is unopposed.

**5.**
**Conclusion and Prayer**

Appellants, David Tubb and Superior Shooting System, Inc., pray that the Court would extend the time for filing their appellants' brief by 30 days to and including Friday, May 8, 2015.

Respectfully submitted,


   /s/ Greg Smith
Greg Smith
State Bar No. 18600600
RAMEY & FLOCK, P.C.
100 East Ferguson, Suite 500
Tyler, TX  75702
Telephone:  (903) 597-3301
Facsimile:   (903) 597-2413
gsmith@rameyflock.com

Wesley Hill
State Bar No. 24032294
WARD & SMITH LAW FIRM
P. O. Box 1231
Longview, TX  75606
Telephone:  (903) 757-6400
Facsimile:    (903) 757-2323
wh@wsfirm.com

**COUNSEL FOR APPELLANTS**

## Certificate of Service

The undersigned certifies that a copy of the above and foregoing document was served upon counsel for Appellees in accordance with the applicable Texas Rules of Civil Procedure on this the 8th day of April, 2015, on the following:

keith@mkdlaw.us
Keith Dollahite
M. Keith Dollahite, P.C.
5457 Donnybrook Ave.
Tyler, Texas 75703

trey@yw-lawfirm.com
Trey Yarbrough
Yarbrough Wilcox, PLLC
100 E. Ferguson, Suite 1015
Tyler, Texas 75702

    /s/ Greg Smith
Greg Smith